IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN T. STOCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-390-D |
| ) | |
| AMERICAN ENERGY PARTNERS, ) | |
| LP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Pursuant to an Order of the Court issued July 29, 2016 [Doc. No. 4], Plaintiff was directed to show cause no later than August 12, 2016, why this action should not be dismissed without prejudice for failure to effect service of process. Plaintiff has failed to show cause. Accordingly, this action is dismissed without prejudice to refiling.

IT IS SO ORDERED this 30th day of August, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE